IN THE UNITED STATES DISTRICT COURT
FOR DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>      Plaintiffs,<br><br>      v.<br><br>SANDOZ INC.,<br><br>      Defendants. | Civil Action No.: 07-807 |

**DISCLOSURE PURSUANT TO FED. R. CIV. P. 7.1**

Pursuant to Fed. R. Civ. P. 7.1(a), and to enable Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, Plaintiffs state that AstraZeneca PLC, a publicly-held company, is the ultimate parent company of AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, and IPR Pharmaceuticals Inc. No other publicly-held corporation owns 10% or more of the stock of AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, or IPR Pharmaceuticals Inc.

Shionogi Seiyaku Kabushiki Kaisha has no parent corporation. No publicly-held corporation owns 10% or more of the stock of Shionogi Seiyaku Kabushiki Kaisha.

                                          Respectfully submitted,

                                          __/s/ Mary W. Bourke_____

Dated: December 14, 2007          Mary W. Bourke (#2356)
                                          Connolly Bove Lodge & Hutz LLP
                                          1007 N. Orange Street
                                          Wilmington, DE 19899
                                          Telephone: (302) 658-9141
                                          Facsimile: (302) 658-5614
                                          mbourke@cblh.com

                                          *Of Counsel:*

                                          Ford F. Farabow
                                          Charlie E. Lipsey
                                          York M. Faulkner
                                          FINNEGAN, HENDERSON, FARABOW,
                                          GARRETT & DUNNER, L.L.P.
                                          901 New York Avenue, N.W.
                                          Washington, D.C. 20001
                                          Telephone: (202) 408-4000
                                          Facsimile: (202) 408-4400

                                          Henry J. Renk
                                          FITPATRICK, CELLA, HARPER & SCINTO
                                          30 Rockefeller Plaza
                                          New York, NY 10112
                                          Telephone: (212) 218-2100
                                          Facsimile: (212) 218-2200

                                          *Attorneys for Plaintiffs,*
*AstraZeneca Pharmaceutical LP, AstraZeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha*

581693