UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>  Plaintiffs,<br><br>  v.<br><br>SANDOZ INC.,<br><br>  Defendant. | Civil Action No.: 07-807-JJF |

**STIPULATION AND ORDER**

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties, subject to the approval of the Court, that the time within which Defendant Sandoz Inc. shall answer, move, or otherwise plead in response to the Complaint is extended to and including January 31, 2008.

| | |
|---|---|
| /s/ Mary W. Bourke | /s/ Patricia P. McGonigle |
| Mary W. Bourke (#2356) | Patricia P. McGonigle (#3126) |
| CONNOLLY BOVE LODGE & HUTZ LLP | SEITZ, VAN OGTROP & GREEN, P. A. |
| 1007 N. Orange Street | 222 Delaware Avenue, Ste. 1500 |
| Wilmington, DE 19899 | Wilmington, DE 19899 |
| Telephone: (302) 658-9141 | Telephone: (302) 888-0600 |
| Facsimile: (302) 658-5614 | Facsimile: (302) 888-0606 |
| mbourke@cblh.com | pmcgonigle@svglaw.com |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

SO ORDERED this _____ day of December, 2007.

_____
HON. JOSEPH J. FARNAN, JR.
UNITED STATES DISTRICT JUDGE

583558v1