IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br><br>v.<br><br>SANDOZ INC.,<br><br>Defendants. | Civil Action No.: 07-807-JJF |

**ENTRY OF APPEARANCE MOTION AND ORDER FOR ADMISSION *PRO HAC VICE***

Pursuant to Local Rule 83.5 and the attached certification, counsel moves the admission *pro hac vice* of Charles Edmund Lipsey and York Moody Faulkner of Finnegan, Henderson, Farabow, Garrett & Dunner LLP, 11955 Freedom Drive, Suite 800, Reston, Virginia 20190 to represent Plaintiff AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha in this matter. In accordance with the Standing Order for District Court Fund, effective January 1, 2005, counsel further certifies that the annual fee of $25.00 per admission will be submitted to the Clerk's Office upon the filing of this motion.

                                                               Respectfully submitted,
                                                               **CONNOLLY BOVE LODGE & HUTZ LLP**
                                                               */s/ Mary W. Bourke*
                                                               **Mary W. Bourke (#2356)**
                                                               CONNOLLY BOVE LODGE & HUTZ LLP
                                                               1007 N. Orange Street
                                                               Wilmington, DE 19899
                                                               Telephone: (302) 658-9141
                                                               Facsimile: (302) 658-5614
DATED: January 3, 2008                          mbourke@cblh.com

**ORDER GRANTING MOTION**
IT IS HEREBY ORDERED that counsel's motion for admission *pro hac vice* is granted.


Dated: _____                                                 _____
                                                                       United States District Judge

581918

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br><br>v.<br><br>SANDOZ INC.,<br><br>Defendants. | Civil Action No.: 07-807-JJF |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of Virginia and District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this Certification.

Dated: 1/2/08

Charles Edmund Lipsey
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
11955 Freedom Drive, Suite 800
Reston, Virginia 20190
Telephone: 571 203 2700
Facsimile: 202 408 4400

*Attorneys for the Plaintiffs*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br><br>v.<br><br>SANDOZ INC.,<br><br>Defendants. | Civil Action No.: 07-807-JJF |

**CERTIFICATION BY COUNSEL TO BE ADMITTED PRO HAC VICE**

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing, and in good standing as a member of the Bar of Virginia, Utah, and District of Columbia, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify that I am generally familiar with this Court's Local Rules. In accordance with the Standing Order for District Court Fund, effective January 1, 2005, I further certify that the annual fee of $25.00 has been paid to the Clerk of Court, or, if not paid previously, the fee payment will be submitted to the Clerk's Office upon the filing of this Certification.

Dated: 1/2/08

York Moody Faulkner
Finnegan, Henderson, Farabow, Garrett & Dunner LLP
11955 Freedom Drive, Suite 800
Reston, Virginia 20190
Telephone: 571 203 2700
Facsimile: 202 408 4400

*Attorneys for the Plaintiffs*