IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS INC., SHINOGI SEIYAKU KABUSHIKI KAISHA, | : : : : : |
| Plaintiffs, | : : |
| v. | : Civil Action No. 07-807-JJF-LPS : |
| SANDOZ INC., | : : |
| Defendant. | : |

## O R D E R

WHEREAS, the Court has referred this matter to Magistrate Judge Stark pursuant to the Standing Order dated June 29, 2007;

NOW THEREFORE, IT IS HEREBY ORDERED that:

1. The Magistrate Judge shall hear and resolve all pretrial matters, up to and including the pretrial conference, subject to 28 U.S.C. § 636(b)(1)(B) and any further Order of the Court.

2. All subsequent filings in this action shall be captioned consistently with the caption used for this Order.

January 8, 2008
DATE

_____
UNITED STATES DISTRICT JUDGE