UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, <br><br> and <br><br> ASTRAZENECA UK LIMITED, <br><br> and <br><br> IPR PHARMACEUTICALS, INC., <br><br> and <br><br> SHIONOGI SEIYAKU KABUSHIKI KAISHA, <br><br>                    Plaintiffs, <br>          v. <br><br> SANDOZ INC., <br><br>                    Defendant. | Civil Action No. 07-807-JJF |

**CORPORATE DISCLOSURE STATEMENT OF
<u>SANDOZ INC.</u>**

Pursuant to FRAP 7.1, Defendant Sandoz Inc. makes the following disclosure:

Sandoz, Inc. is ultimately wholly owned by Novartis AG, which trades on the NYSE, New York Stock Exchange, under ticker symbol (NVS). There are no publicly held companies between Sandoz, Inc. and Novartis AG.

63196 v1

                                                    Respectfully submitted,

                                                         /s/ George H. Seitz, III

Dated:  January 31, 2007            By: _____
                                                       George H. Seitz, III (#667)
                                                       Patricia P. McGonigle (#3126)
                                                       SEITZ, VAN OGTROP & GREEN, P. A.
                                                       222 DELAWARE AVENUE
                                                       SUITE 1500
                                                       Wilmington, DE  19899
                                                       (302) 888-0600

                                                       - and -

                                                       Martin B. Pavane
                                                       Edward V. Di Lello
                                                       Edward M. Reisner
                                                       Darren S. Mogil
                                                       COHEN PONTANI LIEBERMAN & PAVANE LLP
                                                       551 Fifth Avenue
                                                       Suite 1210
                                                       New York, New York 10176
                                                       (212) 687-2770

                                                       Attorneys for Defendant
                                                       SANDOZ, INC.

**CERTIFICATE OF SERVICE**

     I, George H. Seitz, III, Esquire, hereby certify that on January 31, 2008, a true and correct copy of the foregoing *Corporate Disclosure Statement of Sandoz, Inc.* was filed electronically via the CM/ECF.  In addition, this document was served via first class mail on the following:

> Mary W. Bourke, Esq.
> Connolly Bove Lodge & Hutz LLP
> 1007 N. Orange Street
> Wilmington, Delaware 19899
> mbourke@cblh.com
>
> Ford F. Farabow, Esq.
> Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
> 901 New York Avenue, N.W.
> Washington D.C. 2001
> ford.farabow@finnegan.com
>
> Charlie E. Lipsey, Esq.
> York M. Faulkner, Esq.
> Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
> Two Freedom Square
> 11955 Freedom Drive
> Reston, VA 20190-5675
> charles.lipsey@finnegan.com
> york.faulkner@finnegan.com
>
> Henry J. Renk, Esq.
> Fitzpatrick, Cella, Harper & Scinto
> 30 Rockefeller Plaza
> New York, New York 10112
> hrenk@fchs.com

                                              /s/ *George H. Seitz, III*
                                              _____
                                              George H. Seitz, III, Esquire (No. 667)