UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, <br><br> and <br><br> ASTRAZENECA UK LIMITED, <br><br> and <br><br> IPR PHARMACEUTICALS, INC., <br><br> and <br><br> SHIONOGI SEIYAKU KABUSHIKI KAISHA, <br><br>           Plaintiffs, <br> v. <br><br> SANDOZ INC., <br><br>           Defendant. | Civil Action No. 07-807-JJF-LPS |

## MOTION AND ORDER FOR ADMISSION PRO HAC VICE

Pursuant to Local Rule 83.5 and the attached certifications, counsel moves the admission pro hac vice of, Martin B. Pavane, Esquire, Edward V. DiLello, Esquire and Darren S. Mogil, Esquire of the law firm of Cohen, Pontani, Lieberman & Pavane LLP, 551 Fifth Avenue, New York, NY, to represent Defendant Sandoz, Inc. in the above matter.

63291 v1

SEITZ, VAN OGTROP & GREEN, P.A.

BY: /s/ George H. Seitz, III
_____
GEORGE H. SEITZ, III, ID #667
gseitz@svglaw.com
PATRICIA P. MCGONIGLE, ID #3126
pmcgonigle@svglaw.com
222 Delaware Avenue
Suite 1500
P.O. Box 68
Wilmington, DE 19899
(302) 888-0600
Attorneys for Defendant Johnsonfoils, Inc.

## ORDER GRANTING MOTION

*IT IS HEREBY ORDERED* counsel's motion for admission pro hac vice is granted.

DATED: _____      _____
                                                            United States District Court Judge

63291 v1

### CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00:

      X     has been paid to the Clerk of Court

      ☐     will be submitted to the Clerk's Office upon the filing of this motion.

BY: _____
Martin B. Pavane, Esquire
Cohen, Pontani, Lieberman & Pavane LLP
551 Fifth Avenue
New York, NY 10176
212-687-2770 (Telephone)
212-972-5487 (Facsimile)
mpavane@cplplaw.com

Dated: February 5, 2008

63273 v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00:

    X    has been paid to the Clerk of Court

    ☐    will be submitted to the Clerk's Office upon the filing of this motion.

BY: /s/ Edward V. DiLello
Edward V. DiLello, Esquire
Cohen, Pontani, Lieberman & Pavane LLP
551 Fifth Avenue
New York, NY 10176
212-687-2770 (Telephone)
212-972-5487 (Facsimile)
edilello@cplplaw.com

Dated: February 5, 2008

63273 v1

## CERTIFICATION BY COUNSEL TO BE ADMITTED *PRO HAC VICE*

Pursuant to Local Rule 83.5, I certify that I am eligible for admission to this Court, am admitted, practicing and in good standing as a member of the Bar of the State of New York, and pursuant to Local Rule 83.6 submit to the disciplinary jurisdiction of this Court for any alleged misconduct which occurs in the preparation or course of this action. I also certify I am generally familiar with this Court's Local Rules.

In accordance with Standing Order for District Court Fund effective 1/1/05, I further certify that the annual fee of $25.00:

    X    has been paid to the Clerk of Court

    ☐    will be submitted to the Clerk's Office upon the filing of this motion.

BY: _____
Darren S. Mogil, Esquire
Cohen, Pontani, Lieberman & Pavane LLP
551 Fifth Avenue
New York, NY 10176
212-687-2770 (Telephone)
212-972-5487 (Facsimile)
dmogil@cplplaw.com

Dated: February 5, 2008

63273 v1

**CERTIFICATE OF SERVICE**

I, George H. Seitz, III, Esquire, hereby certify that on February 6, 2008, a true and correct copy of the foregoing *Motion and Order for Pro Hac Vice* was filed electronically via the CM/ECF, which will send notification of such filing to counsel of record.

/s/ *George H. Seitz, III*
_____
George H. Seitz, III, Esquire (No. 667)

63300 v1