## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

|  |  |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>    Plaintiffs,<br><br>    v.<br><br>SANDOZ INC.,<br><br>    Defendant. | Civil Action No.: 07-807-JJF-LPS |

### STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties, subject to the approval of the Court, that the time within which Plaintiffs shall reply, move, or otherwise plead in response to Defendant's Counterclaims is extended to and including March 21, 2008.

| | |
|---|---|
| _/s/  Mary W. Bourke_____ | _/s/  George Seitz, III_____ |
| **Mary W. Bourke (#2356)** | **George Seitz, III (#667)** |
| CONNOLLY BOVE LODGE & HUTZ LLP | **Patricia McGonigle (#3126)** |
| 1007 N. Orange Street | SEITZ, VAN OGTROP & GREEN, P.A. |
| Wilmington, DE 19899 | 222 Delaware Avenue, Suite 1500 |
| Telephone:  (302) 658-9141 | Wilmington, DE 19899 |
| Facsimile:  (302) 658-5614 | Phone: -302-888-0600 |
| mbourke@cblh.com | Fax:  302-888-0606 |
| *Attorneys for Plaintiffs* | gseitz@svglaw.com |
| | pmcgonigle@svglaw.com |
| | *Attorneys for Defendant* |

Dated: February 8, 2008

SO ORDERED this _____day of February, 2008.

_____
United States District Judge

591080

## CERTIFICATE OF SERVICE

I, hereby certify on this 8th day of February, 2008 I electronically filed the foregoing STIPULATION AND ORDER with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

**George Seitz, III (#667)**
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19899
Phone: -302-888-0600
Fax:  302-888-0606
gseitz@svglaw.com

The undersigned counsel further certifies that, on February 8, 2008, copies of the foregoing document were also served upon the following individuals in the manner indicated:

<u>**Via Email and Hand Delivery:**</u>
**George Seitz, III (#667)**
**Patricia McGonigle (#3126)**
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19899
Phone: -302-888-0600
Fax:  302-888-0606
gseitz@svglaw.com
pmcgonigle@svglaw.com

<u>**Via Email and Federal Express:**</u>
**Martin B. Pavane**
**Edward V. Di Lello**
**Edward M. Reisner**
**Darren S. Mogil**
COHEN PONTANI LIEBERMAN & PAVANE LLP
551 Fifth Avenue, Suite 1210
New York, NY 10176
Phone:  212-687-2770
Fax:  212-972-5487
mpavane@cplplaw.com
edilello@cplplaw.com
ereisner@cplplaw.com
dmogil@cplplaw.com

**CONNOLLY BOVE LODGE & HUTZ LLP**

By: ___/s/ Mary W. Bourke_____
**Mary W. Bourke (#2356)**
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile:  (302) 658-5614
mbourke@cblh.com

591080