IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br><br>v.<br><br>SANDOZ INC.,<br><br>Defendant. | Civil Action No.: 07-807-JJF-LPS |

### ENTRY OF APPEARANCE

Please enter the appearance of Thomas A. Stevens, in-house counsel for AstraZeneca Pharmaceuticals LP, on behalf of Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, and IPR Pharmaceuticals, Inc.

_____
Thomas A. Stevens, Esq. (#3039)
Sr. Litigation Counsel
Legal Department
AstraZeneca Pharmaceuticals
1800 Concord Pike
Wilmington, DE
302 885 5457 (office)
Thomas.Stevens@astrazeneca.com

Dated: February 12, 2008

591137

## CERTIFICATE OF SERVICE

I, hereby certify on this 12th day of February, 2008 I electronically filed the foregoing ENTRY OF APPEARANCE with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

**George Seitz, III**
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19899
Phone: -302-888-0600
Fax: 302-888-0606
gseitz@svglaw.com

The undersigned counsel further certifies that, on February 12, 2008, copies of the foregoing document were also served upon the following individuals in the manner indicated:

**Via Email and Hand Delivery:**
**George Seitz, III**
**Patricia McGonigle**
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19899
Phone: -302-888-0600
Fax: 302-888-0606
gseitz@svglaw.com
pmcgonigle@svglaw.com

**Via Email and Federal Express:**
**Martin B. Pavane**
**Edward V. Di Lello**
**Edward M. Reisner**
**Darren S. Mogil**
COHEN PONTANI LIEBERMAN & PAVANE LLP
551 Fifth Avenue, Suite 1210
New York, NY 10176
Phone: 212-687-2770
Fax: 212-972-5487
mpavane@cplplaw.com
edilello@cplplaw.com
ereisner@cplplaw.com
dmogil@cplplaw.com

**CONNOLLY BOVE LODGE & HUTZ LLP**

By: _/s/ Mary W. Bourke_
**Mary W. Bourke (#2356)**
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
mbourke@cblh.com

591137