IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>　　　Plaintiffs,<br><br>　　　v.<br><br>SANDOZ, INC.<br><br>　　　Defendant. | Civil Action No.: 07-807-JJF-LPS<br><br>**REDACTED VERSION DI 19** |

### PLAINTIFFS' MOTION TO DISMISS SANDOZ INC.S' COUNTERCLAIM NOS. 4-9

Ford F. Farabow
Charlie E. Lipsey
York M. Faulkner
FINNEGAN, HENDERSON, FARABOW,
GARRETT & DUNNER, L.L.P.
901 New York Avenue, N.W.
Washington, D.C. 20001
Telephone: (202) 408-4000
Facsimile: (202) 408-4400

Henry J. Renk
FITPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 218-2100
Facsimile: (212) 218-2200

*Of Counsel for Plaintiffs,*
AstraZeneca Pharmaceuticals LP, AstraZeneca
UK Limited, IPR Pharmaceuticals, Inc., and
Shionogi Seiyaku Kabushiki Kaisha

Mary W. Bourke (#2356)
CONNOLLY BOVE LODGE & HUTZ LLP
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
mbourke@cblh.com
*Attorneys for Plaintiffs*

601383

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br><br>v.<br><br>SANDOZ INC.,<br><br>Defendant. | Civil Action No.: 07-807-JJF-LPS<br><br>**REDACTED VERSION DI 19** |

### PLAINTIFFS' MOTION TO DISMISS SANDOZ INC.S' COUNTERCLAIM NOS. 4-9

Plaintiffs AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha (collectively "Plaintiffs") hereby move to dismiss Sandoz Inc.'s Counterclaim numbers 4 through 9 for lack of subject matter jurisdiction under Federal Rule of Civil Procedure 12(b)(1), as set forth fully in Plaintiffs' Opening Brief submitted concurrently herewith. A proposed form of Order is attached hereto as Exhibit A.

WHEREFORE, Plaintiffs respectfully request that the Court enter an Order granting their Motion To Dismiss.

601383

|  |  |
|---|---|
|  | Respectfully Submitted: |
|  | */s/ Mary W. Bourke* |
| Ford F. Farabow | Mary W. Bourke (#2356) |
| Charlie E. Lipsey | CONNOLLY BOVE LODGE & HUTZ LLP |
| York M. Faulkner | 1007 N. Orange Street |
| FINNEGAN, HENDERSON, FARABOW, | Wilmington, DE 19899 |
| GARRETT & DUNNER, L.L.P. | Telephone: (302) 658-9141 |
| 901 New York Avenue, N.W. | Facsimile: (302) 658-5614 |
| Washington, D.C. 20001 | mbourke@cblh.com |
| Telephone: (202) 408-4000 | *Attorneys for Plaintiffs* |
| Facsimile: (202) 408-4400 |  |

Henry J. Renk
FITPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112
Telephone: (212) 218-2100
Facsimile: (212) 218-2200

*Of Counsel for Plaintiffs,*
AstraZeneca Pharmaceuticals LP, AstraZeneca
UK Limited, IPR Pharmaceuticals, Inc., and
Shionogi Seiyaku Kabushiki Kaisha

**REDACTED VERSION: March 28, 2008**
Dated: March 21, 2008

601383

# EXHIBIT A

601383

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA,<br><br>Plaintiffs,<br><br>v.<br><br>SANDOZ INC.,<br><br>Defendant. | Civil Action No.: 07-807-JJF-LPS<br><br>**REDACTED VERSION DI 19** |

**[PROPOSED] ORDER**

Upon consideration of Plaintiffs' Motion to Dismiss Sandoz Inc.'s Counterclaim Nos. 4-9, it is hereby ORDERED that Plaintiffs' Motion to Dismiss is GRANTED.

SO ORDERED this _____ day of _____, 2008.

_____
United States District Judge

601383

## CERTIFICATE OF SERVICE

I hereby certify on this 28th day of March, 2008 I electronically filed the foregoing Redacted Version DI 19 PLAINTIFFS' MOTION TO DISMISS SANDOZ INC.S' COUNTERCLAIM NOS. 4-9 with the Clerk of Court using CM/ECF which will send notification of such filing to the following:

**George Seitz, III**
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19899
Phone: -302-888-0600
Fax: 302-888-0606
gseitz@svglaw.com

The undersigned counsel further certifies that, on March 28, 2008, copies of the foregoing document were also served upon the following individuals in the manner indicated:

<u>Via Email:</u>
**George Seitz, III**
**Patricia McGonigle**
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Suite 1500
Wilmington, DE 19899
Phone: -302-888-0600
Fax: 302-888-0606
gseitz@svglaw.com
pmcgonigle@svglaw.com

<u>Via Email:</u>
**Martin B. Pavane**
**Edward V. Di Lello**
**Edward M. Reisner**
**Darren S. Mogil**
COHEN PONTANI LIEBERMAN & PAVANE LLP
551 Fifth Avenue, Suite 1210
New York, NY 10176
Phone: 212-687-2770
Fax: 212-972-5487
mpavane@cplplaw.com
edilello@cplplaw.com
ereisner@cplplaw.com
dmogil@cplplaw.com

**CONNOLLY BOVE LODGE & HUTZ LLP**

By:  /s/ Mary W. Bourke
**Mary W. Bourke** (#2356)
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
mbourke@cblh.com

601383

# EXHIBIT 1
# FULLY REDACTED