# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, ASTRAZENECA UK LIMITED, IPR PHARMACEUTICALS, INC., and SHIONOGI SEIYAKU KABUSHIKI KAISHA, <br><br> Plaintiffs, <br><br> v. <br><br> SANDOZ INC., <br><br> Defendant. | ) ) ) ) ) ) ) ) ) ) ) ) ) ) **Civil Action No. 1:07-cv-00807** <br><br> **Hon. Joseph J. Farnan, Jr., USDJ** <br><br> **Hon. Leonard P. Stark, USMJ** |

## STIPULATION AND ORDER

IT IS HEREBY STIPULATED AND AGREED by and between counsel for the parties, subject to the approval of the Court, that the time within which Defendant Sandoz Inc. shall respond to the Plaintiffs' Motion to Dismiss Sandoz Inc.'s Counterclaim Nos. 4-9 is extended to and including April 28, 2008.

| CONNOLLY BOVE LODGE & HUTZ LLP | SEITZ, VAN OGTROP & GREEN, P. A |
|---|---|
| /s/ *Mary W. Bourke* | /s/ *George H. Seitz, III* |
| Mary W. Bourke, Esq. (No. 2356) <br> 1007 N. Orange Street <br> Wilmington, DE 19899 <br> Telephone: (302) 658-9141 <br> Facsimile: (302) 658-5614 | George H. Seitz, III, Esq. (No. 667) <br> Patricia P. McGonigle, Esq. (No. 3126) <br> 222 Delaware Avenue, Ste. 1500 <br> Wilmington, DE 19899 <br> Telephone: (302) 888-0600 <br> Facsimile: (302) 888-0606 |
| *Attorneys for Plaintiffs* | *Attorneys for Defendant* |

SO ORDERED this _____ day of April, 2008.

_____
HON. LEONARD P. STARK
UNITED STATES MAGISTRATE JUDGE

64318 v1