UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, <br><br> and <br><br> ASTRAZENECA UK LIMITED, <br><br> and <br><br> IPR PHARMACEUTICALS, INC., <br><br> and <br><br> SHIONOGI SEIYAKU KABUSHIKI KAISHA, <br><br>             Plaintiffs, <br> v. <br><br> SANDOZ INC., <br><br>             Defendant. | Civil Action No. 1:07-cv-00807 <br><br> Hon. Joseph J. Farnan, Jr., USDJ <br><br> Hon. Leonard P. Stark, USMJ |

## NOTICE OF SERVICE

    I, Patricia P. McGonigle, hereby certify that on April 25, 2008, a true and correct copy of *Rule 26(a)(1) Initial Disclosures of Defendant Sandoz Inc.* was served via U.S. Mail with a courtesy copy via electronic mail on the following:

        Mary W. Bourke, Esq.
        Connolly Bove Lodge & Hutz LLP
        1007 N. Orange Street
        Wilmington, Delaware 19899
        mbourke@cblh.com

        Ford F. Farabow, Esq.
        Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
        901 New York Avenue, N.W.
        Washington D.C. 2001
        ford.farabow@finnegan.com

Charlie E. Lipsey, Esq.
York M. Faulkner, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
charles.lipsey@finnegan.com
york.faulkner@finnegan.com

Henry J. Renk, Esq.
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, New York 10112
hrenk@fchs.com

By: /s/ Patricia P. McGonigle
George H. Seitz, III (DE667)
gseitz@svglaw.com
Patricia P. McGonigle (DE3126)
pmcgonigle@svglaw.com
SEITZ, VAN OGTROP & GREEN, P. A.
222 DELAWARE AVENUE
SUITE 1500
Wilmington, DE 19899
T: (302) 888-0600

Attorneys for Defendant
SANDOZ, INC.