UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, <br><br> And <br><br> ASTRAZENECA UK LIMITED, <br><br> And <br><br> IPR PHARMACEUTICALS, INC., <br><br> and <br><br> SHIONOGI SEIYAKU KABUSHIKI KAISHA, <br><br>　　　　　　　　　Plaintiffs, <br>　　v. <br><br> SANDOZ INC., <br><br>　　　　　　　　　Defendant. | Civil Action No. 1:07-cv-00807 <br><br> Hon. Joseph J. Farnan, Jr., USDJ <br><br> Hon. Leonard P. Stark, USMJ |

## VOLUNTARY DISMISSAL OF COUNTERCLAIMS 4-9
### WITHOUT PREJUDICE

　　　　　　　　　　　　　　　　　　George H. Seitz, III, Esquire (DE No. 667)
　　　　　　　　　　　　　　　　　　Patricia P. McGonigle (DE No. 3126)
　　　　　　　　　　　　　　　　　　SEITZ, VAN OGTROP & GREEN, P. A.
　　　　　　　　　　　　　　　　　　222 DELAWARE AVENUE
　　　　　　　　　　　　　　　　　　SUITE 1500
　　　　　　　　　　　　　　　　　　Wilmington, DE  19899
　　　　　　　　　　　　　　　　　　(302) 888-0600
　　　　　　　　　　　　　　　　　　Attorneys for Defendant

Dated: May 12, 2008

CONFIDENTIAL – FILED UNDER SEAL
SUBJECT TO A PROTECTIVE ORDER

ORIGINAL

**THIS IS A SEALED DOCUMENT**

**CERTIFICATE OF SERVICE**

I hereby certify that on May 12, 2008, a true and correct copy of the foregoing *Voluntary Dismissal of Counterclaims 4-9 Without Prejudice* was served via CM/ECF and with a courtesy copy via electronic mail on the following:

    Mary W. Bourke, Esq.
    Connolly Bove Lodge & Hutz LLP
    1007 N. Orange Street
    Wilmington, Delaware 19899
    mbourke@cblh.com

    Ford F. Farabow, Esq.
    Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
    901 New York Avenue, N.W.
    Washington D.C. 2001
    ford.farabow@finnegan.com

    Charlie E. Lipsey, Esq.
    York M. Faulkner, Esq.
    Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
    Two Freedom Square
    11955 Freedom Drive
    Reston, VA 20190-5675
    charles.lipsey@finnegan.com
    york.faulkner@finnegan.com

    Henry J. Renk, Esq.
    Fitzpatrick, Cella, Harper & Scinto
    30 Rockefeller Plaza
    New York, New York 10112
    hrenk@fchs.com

    /s/ *George H. Seitz, III*
    _____
    George H. Seitz, III, Esquire
    Delaware Bar No. 667

64963 v1

# EXHIBIT 1
# FILED UNDER SEAL