UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, <br><br> and <br><br> ASTRAZENECA UK LIMITED, <br><br> and <br><br> IPR PHARMACEUTICALS, INC., <br><br> and <br><br> SHIONOGI SEIYAKU KABUSHIKI KAISHA, <br><br>                    Plaintiffs, <br> v. <br><br> SANDOZ INC., <br><br>                    Defendant. | Civil Action No. 1:07-cv-00807 <br><br><br> Hon. Joseph J. Farnan, Jr., USDJ <br><br><br> Hon. Leonard P. Stark, USMJ |

**VOLUNTARY DISMISSAL OF COUNTERCLAIMS 4-9
WITHOUT PREJUDICE**

**WHEREAS,** Sandoz Inc. ("Sandoz") filed Counterclaims 4-9 on January 31, 2008 in the above-captioned action;

**WHEREAS,** AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha (collectively "AstraZeneca") have not answered or otherwise served a pleading responsive to Counterclaims 4-9;

**WHEREAS,** AstraZeneca has not filed a motion for summary judgment; and

**WHEREAS,** AstraZeneca has not introduced evidence at a hearing or trial;

64964 v1

WHEREAS,

REDACTED

;

NOW THEREFORE,

REDACTED

and in accordance with Rules 41(a) and 41(c) of the Federal Rules of Civil Procedure, Sandoz hereby voluntarily dismisses Counterclaims 4-9 in the above-captioned action without prejudice.

Dated: May 14, 2008

By: Respectfully submitted,

/s/ *George H. Seitz, III*

George H. Seitz, III, Esquire
gseitz@svglaw.com
Delaware Bar No. 667
Patricia P. McGonigle
pmcgonigle@svglaw.com
Delaware Bar No. 3126
SEITZ, VAN OGTROP & GREEN, P. A.
222 DELAWARE AVENUE
SUITE 1500
Wilmington, DE  19899
(302) 888-0600

-and-

Martin B. Pavane
Edward V. Di Lello
Darren S. Mogil
COHEN PONTANI LIEBERMAN & PAVANE LLP
551 Fifth Avenue
Suite 1210
New York, New York 10176
(212) 687-2770

Attorneys for Defendant
SANDOZ, INC.

64964 v1

## CERTIFICATE OF SERVICE

I hereby certify that on May 14, 2008, a true and correct copy of the foregoing *Redacted Voluntary Dismissal of Counterclaims 4-9 Without Prejudice* was served via CM/ECF and with a courtesy copy via electronic mail on the following:

Mary W. Bourke, Esq.
Connolly Bove Lodge & Hutz LLP
1007 N. Orange Street
Wilmington, Delaware 19899
mbourke@cblh.com

Ford F. Farabow, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington D.C. 2001
ford.farabow@finnegan.com

Charlie E. Lipsey, Esq.
York M. Faulkner, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
charles.lipsey@finnegan.com
york.faulkner@finnegan.com

Henry J. Renk, Esq.
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, New York 10112
hrenk@fchs.com

/s/ George H. Seitz, III
George H. Seitz, III, Esquire
Delaware Bar No. 667

64964 v1

# EXHIBIT 1

# FULLY REDACTED

64964 v1