IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals, Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>Plaintiffs,<br><br>v.<br><br>Sandoz Inc.,<br><br>Defendant. | Civ. No. 07-807-JJF-LPS |

## NOTICE OF SERVICE

The undersigned here by certifies that copies of **PLAINTIFFS' FIRST SET OF REQUESTS (NOS. 1 - 39) FOR THE PRODUCTION OF DOCUMENTS AND THINGS** were caused to be served on June 4, 2008 in the manner indicated:

**Via Email & Hand Delivery:**
George Seitz, III
Patricia McGonigle
**Seitz, Van Ogtrop & Green, P.A.**
222 Delaware Avenue, Suite 1500
Wilmington, DE 19899
Phone: 302-888-0600
Fax: 302-888-0606
gseitz@svglaw.com
pmcgonigle@svglaw.com

**Via Email & Federal Express:**
Martin B. Pavane
Edward V. Di Lello
Edward M. Reisner
Darren S. Mogil
**COHEN PONTANI LIEBERMAN & PAVANE LLP**
551 Fifth Avenue, Suite 1210
New York, NY 10176
Phone: 212-687-2770
Fax: 212-972-5487
mpavane@cplplaw.com
edilello@cplplaw.com
ereisner@cplplaw.com
dmogil@cplplaw.com

|  |  |
|---|---|
|  | Respectfully Submitted: |
|  | */s/ Mary W. Bourke* |
| Ford F. Farabow | Mary W. Bourke (#2356) |
| Charles E. Lipsey | CONNOLLY BOVE LODGE & HUTZ LLP |
| Kenneth M. Frankel | 1007 N. Orange Street |
| York M. Faulkner | P.O. Box 2207 |
| FINNEGAN, HENDERSON, FARABOW, | Wilmington, DE 19899 |
| GARRETT & DUNNER, L.L.P. | Telephone: (302) 658-9141 |
| 901 New York Avenue, N.W. | Facsimile: (302) 658-5614 |
| Washington, D.C. 20001 | mbourke@cblh.com |
| Telephone: (202) 408-4000 |  |
| Facsimile: (202) 408-4400 | *Attorneys for Plaintiffs* |
|  |  |
| Henry J. Renk |  |
| FITZPATRICK, CELLA, HARPER & | Thomas A. Stevens (#3039) |
| SCINTO | ASTRAZENECA PHARMACEUTICALS LP |
| 30 Rockefeller Plaza | 1800 Concord Pike |
| New York, NY 10112 | Wilmington, DE 19850-5437 |
| Telephone: (212) 218-2100 | (302) 885-5457 |
| Facsimile: (212) 218-2200 | (302) 886-8037 |
|  |  |
| *Of Counsel for Plaintiffs* | *Attorney for AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, and IPR Pharmaceuticals, Inc.* |

Dated: June 4, 2008

## CERTIFICATE OF SERVICE

    I, hereby certify on the 4th day of June, 2008 I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF and have served the following via email:

| | |
|---|---|
| George Seitz, III<br>Patricia McGonigle<br>**SEITZ, VAN OGTROP & GREEN, P.A.**<br>222 Delaware Avenue, Suite 1500<br>Wilmington, DE 19899<br>Phone: 302-888-0600<br>Fax: 302-888-0606<br>gseitz@svglaw.com<br>pmcgonigle@svglaw.com | Martin B. Pavane<br>Edward V. Di Lello<br>Edward M. Reisner<br>Darren S. Mogil<br>**COHEN PONTANI LIEBERMAN & PAVANE LLP**<br>551 Fifth Avenue, Suite 1210<br>New York, NY 10176<br>Phone: 212-687-2770<br>Fax: 212-972-5487<br>mpavane@cplplaw.com<br>edilello@cplplaw.com<br>ereisner@cplplaw.com<br>dmogil@cplplaw.com |

**CONNOLLY BOVE LODGE & HUTZ LLP**

By:   /s/ Mary W. Bourke
**Mary W. Bourke (#2356)**
1007 N. Orange Street
Wilmington, DE 19899
Telephone: (302) 658-9141
Facsimile: (302) 658-5614
mbourke@cblh.com

615275