IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>Plaintiffs,<br><br>v.<br><br>Mylan Pharmaceuticals Inc.,<br><br>Defendant. | C.A. No. 07-805-JJF-LPS |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>Plaintiffs,<br><br>v.<br><br>Sun Pharmaceutical Industries, Ltd.,<br><br>Defendant. | C.A. No. 07-806-JJF-LPS |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>Plaintiffs,<br><br>v.<br><br>Sandoz, Inc.,<br><br>Defendant. | C.A. No. 07-807-JJF-LPS |

| | |
|---|---|
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>    Plaintiffs,<br><br><br>Par Pharmaceutical, Inc.,<br><br>    Defendant. | C.A. No. 07-808-JJF-LPS |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>    Plaintiffs,<br><br>    v.<br><br>Apotex Inc. and Apotex Corp.,<br><br>    Defendants. | C.A. No. 07-809-JJF-LPS |
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha,<br><br>    Plaintiffs,<br><br>    v.<br><br>Aurobindo Pharma Ltd. and Aurobindo Pharma USA Inc.,<br><br>    Defendants. | C.A. No. 07-810-JJF-LPS |

| | |
|---|---|
| AstraZeneca Pharmaceuticals LP, AstraZeneca UK Limited, IPR Pharmaceuticals Inc., and Shionogi Seiyaku Kabushiki Kaisha<br><br>         Plaintiffs,<br><br>         v.<br><br>Cobalt Pharmaceuticals Inc. and Cobalt Laboratories Inc.<br><br>         Defendants. | Civ. No. 07-811-JJF-LPS |

**NOTICE OF SERVICE OF DEFENDANTS'**
**FIRST SET OF INTERROGATORIES DIRECTED TO COMMON**
**DISCOVERY ISSUES NOS. 1-18 TO PLAINTIFFS**

PLEASE TAKE NOTICE that a true and correct copy of *Defendants' First Set of Interrogatories Directed to Common Discovery Issues Nos. 1-18 to Plaintiffs* was caused to be served on June 9, 2008 on counsel of record in the manner indicated:

**BY HAND DELIVERY**
Mary W. Bourke
CONNOLLY, BOVE, LODGE & HUTZ LLP
The Nemours Building
1007 North Orange Street
Wilmington, DE 19899
mbourke@cblh.com

**BY ELECTRONIC MAIL**
Ford F. Farabow
Charlie E. Lipsey
York M. Faulkner
FINNEGAN, HENDERSON, FARABOW, GARRETT & DUNNER, LLP
901 New York Avenue, N.W.
Washington, D.C. 20001
ford.farabow@finnegan.com
charles.lipsey@finnegan.com
york.faulkner@finnegan.com

**BY ELECTRONIC MAIL**
Mary Matterer
MORRIS JAMES LLP
500 South Delaware Avenue, Suite 1500
P.O. Box 2306
Wilmington, DE 19899-2306
mmatterer@morrisjames.com

**BY ELECTRONIC MAIL**
William A. Rakoczy
Paul J. Molino
Deanne M. Mazzochi
Tara M. Raghavan
Eric R. Hunt
RAKOCZY MOLINO MAZZOCHI SIWIK LLP
6 West Hubbard Street, Suite 500
Chicago, IL 60610
wrakoczy@rmmslegal.com
*Attorneys for Defendant Mylan Pharmaceuticals Inc.*

65427 v1

**BY ELECTRONIC MAIL**
Henry J. Renk
FITZPATRICK, CELLA, HARPER & SCINTO
30 Rockefeller Plaza
New York, NY 10112
hrenck@fchs.com

*Attorneys for Plaintiffs*

**BY ELECTRONIC MAIL**
Patricia P. McGonigle
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Ste. 1500
Wilmington, DE 19899
pmcgonigle@svglaw.com

**BY ELECTRONIC MAIL**
Martin B. Pavane
Edward V. Di Lello
Darren S. Mogil
COHEN PONTANI LIEBERMAN & PAVANE LLP
551 Fifth Avenue, Suite 1210
New York, NY 10176
mpavane@cplplaw.com
edilello@cplplaw.com
dmogil@cplplaw.com

*Attorneys for Defendant Sandoz, Inc.*

**BY ELECTRONIC MAIL**
Richard D. Kirk
BAYARD, P.A.
222 Delaware Avenue, Suite 900
Wilmington, DE 19899-5130
rkirk@bayard.com

**BY ELECTRONIC MAIL**
Kevin G. Abrams
John M. Seaman
ABRAMS & LASTER LLP
20 Montchanin Road, Suite 200
Wilmington, DE 19807
abrams@abramslaster.com
seaman@abramslaster.com

**BY ELECTRONIC MAIL**
Dane A. Drobny
WINSTON & STRAWN LLP
Chicago, IL 60601-9703
ddrobny@winston.com

**BY ELECTRONIC MAIL**
Charles B. Klein
John K. Hsu
WINSTON & STRAWN LLP
Washington, D.C. 2006-3817
cklein@winston.com
jhsu@winston.com

*Attorneys for Defendant Sun Pharmaceutical Industries, Ltd.*

**BY ELECTRONIC MAIL**
Richard L. Horwitz
POTTER ANDERSON & CORROON LLP
Hercules Plaza
1313 N. Market Street, 6th Floor
Wilmington, DE 19801
rhorwitz@potteranderson.com

65427 v1

| | |
|---|---|
| **BY ELECTRONIC MAIL**<br>Jeffrey S. Ward<br>Thomas P. Heneghan<br>Edward J. Pardon<br>MICHAEL BEST & FRIEDRICH LLP<br>One South Pinckney Street<br>Madison, WI 53701-1806<br>jsward@michaelbest.com<br>tpheneghan@michaelbest.com<br>ejpardon@michaelbest.com<br><br>*Attorneys for Defendants Aurobindo Pharma Limited and Aurobindo Pharma USA, Inc.* | **BY ELECTRONIC MAIL**<br>Robert B. Breisblatt<br>Jeremy Daniel<br>Joanna Stevason<br>KATTEN MUCHIN ROSENMAN LLP<br>525 West Monroe Street<br>Chicago, Illinois 60661-3693<br>robert.breisblatt@kattenlaw.com<br>jeremy.daniel@kattenlaw.com<br>joanna.stevason@kattenlaw.com<br><br>*Attorneys for Defendants Apotex Inc. and Apotex Corp.*<br><br>**BY ELECTRONIC MAIL**<br>Richard L. Horwitz<br>POTTER ANDERSON & CORROON LLP<br>Hercules Plaza<br>1313 N. Market Street, 6th Floor<br>Wilmington, DE 19801<br>rhorwitz@potteranderson.com<br><br>**BY ELECTRONIC MAIL**<br>Steven A. Maddox<br>Jeremy J. Edwards<br>FOLEY & LARDNER LLP<br>3000 K Street, N.W., Suite 500<br>Washington, D.C. 20007<br>smaddox@foley.com<br><br>*Attorneys for Defendants Cobalt Pharmaceuticals Inc. and Cobalt Laboratories Inc.*<br><br>/s/ George H Seitz, III #667<br>George H Seitz, III, Esquire<br>gseitz@svglaw.com<br>Patricia P. McGonigle<br>pmcgonigle@svglaw.com<br>SEITZ, VAN OGTROP & GREEN, P.A.<br>222 Delaware Avenue, Ste. 1500<br>Wilmington, DE 19899<br><br>*Attorneys for Defendant Sandoz Inc.* |

Of Counsel:
Martin B. Pavane
Edward V. Di Lello
Darren S. Mogil
COHEN PONTANI LIEBERMAN & PAVANE LLP
551 Fifth Avenue, Suite 1210
New York, NY 10176
mpavane@cplplaw.com
edilello@cplplaw.com
dmogil@cplplaw.com
Dated: June 9, 2008

65427 v1

**CERTIFICATE OF SERVICE**

I hereby certify that on June 10, 2008, I electronically filed the foregoing Notice of Service with the Clerk of Court using CM/ECF which will send notification of such filing(s) to all counsel of record.

/s/ George H Seitz, III #667
George H Seitz, III, Esquire
gseitz@svglaw.com
Patricia P. McGonigle
pmcgonigle@svglaw.com
SEITZ, VAN OGTROP & GREEN, P.A.
222 Delaware Avenue, Ste. 1500
Wilmington, DE 19899

*Attorneys for Defendant Sandoz Inc.*

65427 v1