UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| ASTRAZENECA PHARMACEUTICALS LP, <br><br> And <br><br> ASTRAZENECA UK LIMITED, <br><br> And <br><br> IPR PHARMACEUTICALS, INC., <br><br> and <br><br> SHIONOGI SEIYAKU KABUSHIKI KAISHA, <br><br>         Plaintiffs, <br> v. <br> SANDOZ INC., <br>         Defendant. | **Civil Action No. 1:07-cv-00807** <br><br> **Hon. Joseph J. Farnan, Jr., USDJ** <br><br> **Hon. Leonard P. Stark, USMJ** |

**NOTICE OF SERVICE OF DEFENDANT SANDOZ INC.'S
RESPONSES AND OBJECTIONS TO PLAINTIFF'S FIRST SET OF REQUESTS
(NOS. 1-39) FOR THE PRODUCTION OF DOCUMENTS AND THINGS**

PLEASE TAKE NOTICE that a true and correct copy of *Defendant Sandoz Inc.'s Responses and Objections to Plaintiff's First Set of Requests (Nos. 1-39) for the Production of Documents and Things* along with this *Notice of Service* was caused to be served upon the following counsel by United States First Class Mail, with a courtesy copy via email, on August 6, 2008 to:

      Mary W. Bourke, Esq.
      Connolly Bove Lodge & Hutz LLP
      1007 N. Orange Street
      Wilmington, Delaware 19899
      mbourke@cblh.com

Ford F. Farabow, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
901 New York Avenue, N.W.
Washington D.C. 2001
ford.farabow@finnegan.com

Charlie E. Lipsey, Esq.
York M. Faulkner, Esq.
Finnegan, Henderson, Farabow, Garrett & Dunner, LLP
Two Freedom Square
11955 Freedom Drive
Reston, VA 20190-5675
charles.lipsey@finnegan.com
york.faulkner@finnegan.com

Henry J. Renk, Esq.
Fitzpatrick, Cella, Harper & Scinto
30 Rockefeller Plaza
New York, New York 10112
hrenk@fchs.com

                                        SEITZ, VAN OGTROP & GREEN, P. A.

                                        /s/ Patricia P. McGonigle

Dated: August 6, 2008            By: _____
                                        George H. Seitz, III (DE667)
                                        gseitz@svglaw.com
                                        Patricia P. McGonigle (DE3126)
                                        pmcgonigle@svglaw.com
                                        222 DELAWARE AVENUE
                                        SUITE 1500
                                        Wilmington, DE  19801
                                        (302) 888-0600

                                        Martin B. Pavane
                                        Edward V. Di Lello
                                        Darren S. Mogil
                                        COHEN PONTANI LIEBERMAN & PAVANE LLP
                                        551 Fifth Avenue
                                        Suite 1210
                                        New York, New York 10176
                                        (212) 687-2770

**CERTIFICATE OF SERVICE**

I, Patricia P. McGonigle, Esquire, hereby certify that on this 6th day of August 2008, I electronically filed the foregoing *Notice of Service* with the Clerk of Court using CM/ECF which will send notification of such filing to all counsel of record.

/s/ Patricia P. McGonigle
―――――――――――――――――――
Patricia P. McGonigle (ID No. 3126)
pmcgonigle@svglaw.com