# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| AstraZeneca Pharmaceuticals LP,<br>AstraZeneca UK Limited, IPR<br>Pharmaceuticals Inc., and<br>Shionogi Seiyaku Kabushiki Kaisha, | :<br>:<br>:<br>: |
| Plaintiffs, | :<br>: |
| v. | : Civ. No. 07-805-JJF-LPS |
| Mylan Pharmaceuticals Inc., | :<br>: |
| Defendant. | : |

| | |
|---|---|
| AstraZeneca Pharmaceuticals LP,<br>AstraZeneca UK Limited, IPR<br>Pharmaceuticals Inc., and<br>Shionogi Seiyaku Kabushiki Kaisha, | :<br>:<br>:<br>: |
| Plaintiffs, | :<br>: Civ. No. 07-806-JJF-LPS |
| v. | :<br>: |
| Sun Pharmaceutical Industries Ltd., | :<br>: |
| Defendant. | : |

| | |
|---|---|
| AstraZeneca Pharmaceuticals LP,<br>AstraZeneca UK Limited, IPR<br>Pharmaceuticals Inc., and<br>Shionogi Seiyaku Kabushiki Kaisha, | :<br>:<br>:<br>: |
| Plaintiffs, | :<br>: Civ. No. 07-807-JJF-LPS |
| v. | :<br>: |
| Sandoz Inc., | :<br>: |
| Defendant. | : |

AstraZeneca Pharmaceuticals LP,          :
AstraZeneca UK Limited, IPR              :
Pharmaceuticals Inc., and                :
Shionogi Seiyaku Kabushiki Kaisha,       :
                                         :
                 Plaintiffs,             :
                                         :     Civ. No. 07-808-JJF-LPS
        v.                               :
                                         :
Par Pharmaceutical Inc.,                 :
                                         :
                 Defendant.              :

AstraZeneca Pharmaceuticals LP,          :
AstraZeneca UK Limited, IPR              :
Pharmaceuticals Inc., and                :
Shionogi Seiyaku Kabushiki Kaisha,       :
                                         :
                 Plaintiffs,             :
                                         :     Civ. No. 07-809-JJF-LPS
        v.                               :
                                         :
Apotex Inc. and Apotex Corp.,            :
                                         :
                 Defendants.             :

AstraZeneca Pharmaceuticals LP,          :
AstraZeneca UK Limited, IPR              :
Pharmaceuticals Inc., and                :
Shionogi Seiyaku Kabushiki Kaisha,       :
                                         :
                 Plaintiffs,             :
                                         :     Civ. No. 07-810-JJF-LPS
        v.                               :
                                         :
Aurobindo Pharma Ltd. and                :
Aurobindo Pharma USA Inc.,               :
                                         :
                 Defendants.             :

AstraZeneca Pharmaceuticals LP,     :
AstraZeneca UK Limited, IPR     :
Pharmaceuticals Inc., and     :
Shionogi Seiyaku Kabushiki Kaisha,     :
     :
              Plaintiffs,     :
     :     Civ. No. 07-811-JJF-LPS
     v.     :
     :
Cobalt Pharmaceuticals Inc. and     :
Cobalt Laboratories Inc.,     :
     :
              Defendants.     :

## ORDER

At Wilmington this 3rd day of September, 2008.

WHEREAS, the Court having considered the Unopposed Motion to

Postpone Tutorial, and there being no objection thereto,

IT IS ORDERED that the motion is GRANTED, and that Paragraph 17 of

the April 11, 2008 Scheduling Order is modified to change the date and time of the

Tutorial to **January 23, 2009** beginning at **10:00 a.m.**

IT IS FURTHER ORDERED that the previously scheduled status

teleconference of January 23, 2009 at 10:00 a.m., will instead be held in Courtroom 2A.

Local counsel are reminded of their obligations to inform out-of-state

counsel of this Order. To avoid the imposition of sanctions, counsel shall advise the

Court immediately of any problems regarding compliance with this Order.

UNITED STATES MAGISTRATE JUDGE